[Nos. 13550-1-III; 13978-6-III.     Division Three.     April 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM
WILLIAM AMUNDSON, *Appellant*.

*In the Matter of the Personal Restraint of* ADAM
WILLIAM AMUNDSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Okano-
gan County, No. 93-1-00094-2, John G. Burchard, Jr., J.,

entered September 9, 1993, together with a petition for personal restraint. Convictions *affirmed* and petition *denied* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.